Prob 12 (10/09)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA


FILED
MAR 26 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Nathaniel Jagger                                              Docket No. 1:14MJ564

### Petition on Probation

COMES NOW VAKIDA J. WILSON, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Nathaniel Jagger, who was placed on supervision by the Honorable Ivan D. Davis, United States Magistrate Judge, sitting in the Court at Alexandria, Virginia, on the 26th day of January, 2015, who fixed the period of supervision at 1 year and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

PRAYING THAT THE COURT WILL ORDER a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

RETURNABLE DATE: April 14, 2015 @ 10:00 A.M.

### ORDER OF COURT

Considered and ordered this 26th day of March, 2015 and ordered filed and made a part of the records in the above case.

/s/
Ivan D. Davis
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-24-15

Vakida J. Wilson
U.S. Probation Officer
(703)299-2346
Place Alexandria, Virginia

**TO CLERK'S OFFICE**

Petition on Probation
Page 2
RE: Jagger, Nathaniel

<u>OFFENSE</u>: Driving While Intoxicated in violation of 32 CFR 634.25 adopting VA Code 18.2-266(i)

<u>SENTENCE</u>: On January 26, 2015, Mr. Jagger was placed on a 1-year term of supervised probation with the following special conditions: 1) The defendant shall participate in and successfully complete an Alcohol Safety Action Program or other alcohol treatment program as deemed appropriate by the probation office. The previously completed alcohol treatment program will be satisfactory to the Court if deemed appropriate by probation; 2) Commencing January 26, 2015, and continuing for one (1) year, the defendant may not operate a motor vehicle anywhere in the United States except (a) to and from work, as incident to or required by work, (b) to and from court, the probation office and ASAP, (c) to and from medical appointments with a schedule approved in advance by probation; and 3) The defendant shall pay a $250 fine and a $25 special assessment in full by February 26, 2015.

<u>ADJUSTMENT TO SUPERVISION</u>: Mr. Jagger paid the fine and special assessment in full on January 26, 2015. Additionally, prior to sentencing for the instant offense Mr. Jagger completed treatment at the Consolidated Substance Abuse Center at Marine Corps Base Quantico on January 16, 2015.

Since his last appearance before the Court, the defendant has experienced challenges complying with the terms and conditions of supervised probation.

<u>VIOLATION</u>: The following violation is submitted for the Court's consideration.

**SPECIAL CONDITION:**      **FAILURE TO SATISFACTORILY PARTICIPATE IN AN ALCOHOL TREATMENT PROGRAM.**

On March 23, 2015, notification was received on March 20, 2015, Mr. Jagger reported for intake at the Bull Run Virginia Alcohol Safety Action Program. During a review of paperwork, to include rules and regulations of VASAP, the defendant became visibly agitated. The defendant refused to sign the abstinence agreement saying it was "bullshit." As the defendant did not want to continue with the intake process, he was informed his case would be returned to the probation officer as non-compliant, and his case file was closed.

VJW/smk

Prob 12 (10/09)